

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Kenneth B. Chaiken and Chaiken & Chaiken, P.C.

Appellate case number:    01-21-00200-CV

Trial court case number:  1156293

Trial court:            County Civil Court at Law No. 1 of Harris County

      Real party in interest, The Cweren Law Firm, PLLC, has filed an Unopposed Motion to Extend Time to File its Response to relators' petition for writ of mandamus. The motion is **granted.** Real party in interest's response is due July 14, 2021.

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date:  June 3, 2021